UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEFFREY SPITZ, individually and on behalf of all
others similarly situated,

                       JUDGMENT

    Plaintiff,

  v.

                       19-CV-6722 (PKC) (SJB)

NATIONWIDE CREDIT, INC., and John Does 1–25,

    Defendants.
----------------------------------------------------------------X

  A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on November 9, 2020, granting the motion for judgment on the pleadings; and denying the request for fees; it is

  ORDERED and ADJUDGED that the motion for judgment on the pleadings is granted; that the request for fees is denied; and that judgment is hereby entered in favor of all defendants.

Dated: Brooklyn, New York             Douglas C. Palmer
   November 10, 2020             Clerk of Court

                   By:  */s/Jalitza Poveda*
                       Deputy Clerk